```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02938
   BESSIE L TAYLOR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3426

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/08/2008 and was confirmed 08/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
SANTANDER CONSUMER USA     SECURED              .00           .00            .00
AMERICAN GENERAL FINANCE   SECURED VEHIC   2950.00          14.42         531.10
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED          .00            .00
COOK COUNTY TREASURER      SECURED          6698.15          .00         664.28
HOME LOAN SERVICES INC     CURRENT MORTG       .00           .00            .00
HOME LOAN SERVICES INC     MORTGAGE ARRE   61728.17          .00            .00
REAL TIME RESOLUTION       CURRENT MORTG       .00           .00            .00
REAL TIME RESOLUTION       MORTGAGE ARRE    7000.00          .00            .00
HOME LOAN SERVICES INC     MORTGAGE NOTI  NOT FILED          .00            .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY     2,500.00                         .00
TOM VAUGHN                 TRUSTEE                                       105.20
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              1,315.00

PRIORITY                                       .00
SECURED                                    1,195.38
    INTEREST                                  14.42
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         105.20
DEBTOR REFUND                                  .00
                   ---------------      ---------------
TOTALS               1,315.00              1,315.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02938 BESSIE L TAYLOR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE